IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02564-PAB-CBS

THE ESTATE OF JAMES STEWART, by and through RICHARD and BARBARA STEWART, Personal Representatives,

    Plaintiff,

v.

SERGEANT DONALD DAUGHERTY, Denver Sheriff Department,
DETECTIVE DAVID CARROLL, Denver Police Department,
DETECTIVE SHARON HUGHES, Denver Police Department,
AMY MARTIN, M.D., Chief Medical Examiner, Office of the Medical Examiner,
TRINA SEEFELDT, Mental Health Specialist, Gilliam Youth Services Center,
individually and severally,
GILLIAM YOUTH SERVICES CENTER,
DENVER HEALTH MEDICAL CENTER,
DENVER COUNTY JAIL,
DENVER SHERIFF DEPARTMENT,
DENVER POLICE DEPARTMENT,
OFFICE OF THE MEDICAL EXAMINER, and
CITY AND COUNTY OF DENVER,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court upon the plaintiff's Unopposed Motion to Dismiss Defendant Denver Health Medical Center [Docket No. 42]. The Court has reviewed the motion and is fully advised in the premises. It is

**ORDERED** that the motion to dismiss defendant Denver Health Medical Center [Docket No. 42] is granted. Denver Health Medical Center is dismissed as a party to this action and all claims against it are dismissed with prejudice. It is further

**ORDERED** that the parties to this action shall omit Denver Health Medical Center

from the caption in all future papers filed with the Court.

DATED January 23, 2009.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge