IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02564-PAB-CBS

THE ESTATE OF JAMES STEWART, *by and through*
RICHARD and BARBARA STEWART,
Personal Representatives,

        Plaintiff,

v.

SERGEANT DONALD DAUGHERTY,
*Denver Sheriff Department*;
DETECTIVE DAVID CARROLL,
*Denver Police Department*;
DETECTIVE SHARON HUGHES,
*Denver Police Department*;
AMY MARTIN, M.D., Chief Medical Examiner,
*Office of the Medical Examiner*;
TRINA SEEFELDT, Mental Health Specialist;
*Gilliam Youth Services Center, individually and severally*;
GILLIAM YOUTH SERVICES CENTER,
DENVER COUNTY JAIL,
DENVER SHERIFF DEPARTMENT,
DENVER POLICE DEPARTMENT,
OFFICE OF THE MEDICAL EXAMINER, and
CITY AND COUNTY OF DENVER,

        Defendants.

---

## MINUTE ORDER

---

## ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

        IT IS HEREBY ORDERED that the Stipulated Motion for Entry of Protective Order (*doc. no. 53*) is **GRANTED**.  The proposed stipulated protective order (*doc. no. 53-2*) is accepted by the court.

        The parties are reminded that they will be required to comply fully with all provisions of D.C.COLOL.CIVR. 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:** March 6, 2009