IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02564-PAB-CBS

THE ESTATE OF JAMES STEWART, by and through RICHARD and BARBARA STEWART, Personal Representatives,

    Plaintiff,

v.

SERGEANT DONALD DAUGHERTY, Denver Sheriff Department,
AMY MARTIN, M.D., Chief Medical Examiner, Office of the Medical Examiner,
GILLIAM YOUTH SERVICES CENTER,
DENVER COUNTY JAIL,
DENVER SHERIFF DEPARTMENT,
DENVER POLICE DEPARTMENT,
OFFICE OF THE MEDICAL EXAMINER, and
CITY AND COUNTY OF DENVER,

    Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

    This matter comes before the Court upon the plaintiff's Unopposed Motion to Dismiss Defendants Trina Seefeldt, Detective David Carroll, and Detective Sharon Hughes [Docket No. 57]. The Court has reviewed the motion and is fully advised in the premises. It is

    **ORDERED** that the motion to dismiss defendants [Docket No. 57] is GRANTED. Defendants Trina Seefeldt, Detective David Carroll, and Detective Sharon Hughes are dismissed as parties to this action and all claims against these defendants are dismissed with prejudice. It is further

**ORDERED** that the parties to this action shall utilize the case caption included in this Order, omitting Trina Seefeldt, Detective David Carroll, and Detective Sharon Hughes, in all future papers filed with the Court.

DATED March 9, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge