IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02564-PAB-CBS

THE ESTATE OF JAMES STEWART, by and through RICHARD and BARBARA
STEWART, Personal Representatives,

    Plaintiff,

v.

SERGEANT DONALD DAUGHERTY, Denver Sheriff Department,
GILLIAM YOUTH SERVICES CENTER,
DENVER COUNTY JAIL, and
CITY AND COUNTY OF DENVER,

    Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter comes before the Court upon the plaintiff's Unopposed Motion to Dismiss Defendants Amy Martin, M.D., Denver Sheriff Department, Denver Police Department, and Office of the Medical Examiner [Docket No. 59]. The Court has reviewed the motion and is fully advised in the premises. It is

**ORDERED** that the motion to dismiss defendants [Docket No. 59] is GRANTED. Defendants Amy Martin, M.D., Denver Sheriff Department, Denver Police Department, and Office of the Medical Examiner are dismissed as parties to this action and all claims against these defendants are dismissed with prejudice. It is further

**ORDERED** that the parties to this action shall utilize the case caption included in this Order, omitting Amy Martin, M.D., Denver Sheriff Department, Denver Police Department, and Office of the Medical Examiner, in all future papers filed with the Court.

DATED March 17, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge