IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02564-PAB-CBS

THE ESTATE OF JAMES STEWART, by and through RICHARD and BARBARA STEWART, Personal Representatives,

    Plaintiff,

v.

GILLIAM YOUTH SERVICES CENTER,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    This matter comes before the Court upon the plaintiff's Unopposed Motion to Dismiss Defendant Gilliam Youth Services Center [Docket No. 66]. In the motion, plaintiff represents that a settlement has been reached concerning all claims asserted in this action. Defendant Gilliam Youth Services Center is the only defendant remaining in this action, and has not been dismissed to date because it is not represented by counsel and has not participated in this litigation. Under the circumstances, the Court finds good cause to dismiss Gilliam Youth Services Center as a defendant.

    Accordingly, it is

    **ORDERED** that the motion to dismiss defendant Gilliam Youth Services Center [Docket No. 66] is GRANTED. Defendant Gilliam Youth Services Center is dismissed

as a party to this action and all remaining claims asserted in this action are dismissed with prejudice.

    DATED June 26, 2009.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge